| | |
|---|---|
| DEFENDANT: | OSWALDO LOZADA-SOLIS |
| AGE or YOB: | 2000 |
| COMPLAINT FILED? | _X_ Yes  ___ No |
| | If Yes, MAGISTRATE CASE NUMBER: 24-m-00j137-KAS |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _X_ Yes  ___ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 1: Hobbs Act Robbery, 18 U.S.C. 1951(b)(1); 1951(a) and 2 |
| | Count 2: Brandishing a Firearm in Furtherance of a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii) and 2 |
| LOCATION OF OFFENSE: | Denver, Colorado |
| PENALTY: | Count 1: NMT 20 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment. |
| | Count 2: NLT 7 years imprisonment, consecutive to any other sentence, NMT life imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| AGENT: | Bri Monson, Special Agent, HSI |
| AUTHORIZED BY: | Leah Perczak, Special Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.

1